IN THE UNITED STATES DISTRICT OCCUR
DISTRICT OF MASSACHUSETTS

STEVEN W. KIRKPATRICK,
    Plaintiff / Pro se,

vs.

CASE NO.: _____
(Unassigned)

ARCHDIOCESE OF BOSTON,
    Defendant.
_____/

Legal Mail Received JUL 1 2 2018 Dade C.I.

## "MOTION TO APPOINT COUNSEL"

Pro se litigant, **STEVEN W. KIRKPATRICK**, respectfully requests that this Court having jurisdiction appoint a pro bono attorney to represent the Plaintiff in this pending matter as it has been an ongoing issue for almost two (2) years.

As ground to provide this Court information with accurate information Kirkpatrick would offer the following:

1. The Plaintiff Steven W. Kirkpatrick made claims of sexual abuse against the Archdiocese of Boston with Mark Dunderdale Esq.; 66 Brooks Drive; Braintree, MA 02184-3839.

2. The Plaintiff although incarcerated in the State of Florida is presently pending full release as of March 14, 2019, approximately, from incarceration.

3. The Plaintiff has made numerous attempts to reach a settlement with the offices that represent the Archdioceses being Ropes & Gray LLP; 800 Boylston Street; Boston, MA 02199-3600.

4. Plaintiff is without doubt totally indigent having been incarcerated since 2004.

5. The law firm representing the Archdiocese of Boston has gone to great lengths to circumvent any type of resolution during the litigation.

6. The Plaintiff kept in constant contact with the Defendant only to be "blown off" for lack of better terms to avoid serious resolution.

7. The Plaintiff has kept a meticulous record for verification and presently retains all documents that would be needed should counsel be court appointed.

8. The interest of justice can only be preserved should this court appoint counsel.

9. The Plaintiff, upon appointment of counsel, will fully supply the entire records to the attorney that would be appointed.

10. Due to the Plaintiff's indigent status it would be approximately one month to supply the entire record to the attorney appointed. But will be supplied to the counsel of record without doubt.

11. The Plaintiff's Civil Rights must be preserved.

12. The Plaintiff cites that the Defendant's firm of Ropes & Gray LLC, has lacked any type of exhaustion for mitigation or settlement, the firm of Ropes & Gray fails to respond to the Plaintiff, in direct violation of all rules of the Court and Civil Procedure.

## CONCLUSION

Due to the extreme circumstances of the situation the Plaintiff respectfully requests that this Court grant and afford the Plaintiff counsel for representation in this matter. The Law Firm of Ropes & Gray of Boston MA have been playing volley with the pro se Plaintiff endlessly.

The Plaintiff prays for the appointment of counsel by this Court.

I hereby declare under penalty of perjury that I have red the foregoing and that the facts and statements contained therein are true and correct.

Date: July 12th, 2018.

/s/ Steven Kirkpatrick

Steven Kirkpatrick, pro se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, a true and correct copy of the foregoing was mailed to the following: United States District Court, Office of the Clerk; John Joseph Monkley Courthouse; 1 Courthouse Way, Ste. 2300; Boston, MA 02210 and Mark Dunderdale, Esq.; Archdiocese of Boston; 66 Brooks Drive; Braintree, MA 02184-3839 on this 12th day of July, 2018.

/s/ Steven W. Kirkpatrick

Steven W. Kirkpatrick, DC# 345072
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, Florida 33034

3



Steven W. Kirkpatrick #345072
Dade Correctional Institute DJ-144
19000 S.W. 377th St
Florida City, FL 33034

MIAMI FL 331
12 JUL 2018 PM 1 L

USPS SCREENED

Legal Mail Received
JUL 1 2 2018
Dade C.I.

Office of the Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way Ste. 2300
Boston, MA 02210